587 A.2d 727

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellant,

v.

R. Charles THOMAS, Esquire.

Supreme Court of Pennsylvania.

Argued March 8, 1991.

Decided March 21, 1991.

Jason W. Manne, Asst. Counsel, Dept. of Public Welfare, Pittsburgh, for appellant.

R. Charles Thomas, I.P.P., Meadville, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDermott J., dissents.